**Order filed, May 27, 2015.**



In The

# Fourteenth Court of Appeals
_____

NOS. 14-15-00244-CR
14-15-00245-CR
14-15-00246-CR
14-15-00247-CR
_____

**WALTER LOUIS  JACKSON JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCR-062008, 12-DCR-062010, 12-DCR-062011,
12-DCR-062012**

---

## ORDER

The reporter's record in this case was due **April 21, 2015**.  *See* Tex. R. App. P. 35.1.  On **April 20, 2015**, **Marsha Burrus** filed a motion for extension of time to file the record which was granted until **May 21, 2015**. The court has not received a request to extend time for filing the record.  The record has not been

filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Marsha Burrus**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM